IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. CR417-208-20 |
| ) | |
| TINA MARIE ADKINS ) | |

O R D E R

Before the Court is Defendant Tina Marie Adkins' Motion to Release Funds. (Document 646). After careful consideration, Defendant's motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the Clerk of the United States District Court for the Southern District of Georgia shall cancel the appearance bond on behalf of Defendant and exonerate the obligor thereon.

The Clerk is hereby **DIRECTED** to return the $1,500.00, with any accrued interest to: Shekita Allen, 9605 Dunwoody Drive, Savannah, Georgia 31406.

SO ORDERED, this 12th day of August 2019.

_____
WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA